**United States Bankruptcy Court**
**District of Arizona**

In re  **ASHLYNN D MEDINA**  Case No.
Debtor(s)  Chapter  **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____ .

Debtor,  **ASHLYNN D MEDINA**  , declares the foregoing to be true and correct under penalty of perjury.

Date **July 5, 2018**  Signature  **/s/ ASHLYNN D MEDINA**
 **ASHLYNN D MEDINA**
 Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

ROOSEVELT RESTAURANT LLC     1504-7124
915 N CENTRAL AVE            EE ID: 177     DD
PHOENIX AZ  85004

*Payrolls by Paychex, Inc.*

ASHLYNN D MEDINA
7701 E OSBORNE RD
APT 3W
SCOTTSDALE AZ  85251

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Ashlynn D Medina | | | | Hourly | | | | 253.40 | 6335.00 |
| 7701 E Osborne Rd | | | | Salary | | | 1019.23 | | 18346.14 |
| Apt 3W | | | | **Total Hours** | | | | 253.40 | |
| Scottsdale, AZ  85251 | | | | **Gross Earnings** | | | 1019.23 | | 24681.14 |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 177 | | | | **Total Hrs Worked** | | | | | |

| | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| **Pay Period:** 06/18/18 **to** 06/24/18 | | | | Social Security | | | 63.19 | | 1530.23 |
| **Check Date:** 06/29/18  **Check #:** 13994 | | | | Medicare | | | 14.78 | | 357.88 |
| NET PAY ALLOCATIONS | | | | Fed Income Tax | M 0 | | 88.33 | | 2191.47 |
| | | | | AZ Income Tax | 1.3% | | 13.25 | | 320.85 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | |
| Check Amount | 0.00 | 0.00 | | **TOTAL** | | | 179.55 | | 4400.43 |
| Chkg 3377 | 839.68 | 20280.71 | | | | | | | |
| **NET PAY** | **839.68** | **20280.71** | | | | | | | |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **839.68** | **20280.71** |

*Payrolls by Paychex, Inc.*

ROOSEVELT RESTAURANT LLC  
915 N CENTRAL AVE  
PHOENIX AZ 85004

1504-7124  
EE ID: 177  DD

*Payrolls by Paychex, Inc.*

ASHLYNN D MEDINA  
7701 E OSBORNE RD  
APT 3W  
SCOTTSDALE AZ 85251

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Ashlynn D Medina  
7701 E Osborne Rd  
Apt 3W  
Scottsdale, AZ 85251  
**Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 177

**Pay Period:** 06/11/18 **to** 06/17/18  
**Check Date:** 06/22/18  **Check #:** 13964

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3377 | 839.68 | 19441.03 |
| **NET PAY** | **839.68** | **19441.03** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 253.40 | 6335.00 |
| Salary | | | 1019.23 | | 17326.91 |
| **Total Hours** | | | | 253.40 | |
| **Gross Earnings** | | | 1019.23 | | 23661.91 |
| **Total Hrs Worked** | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 63.19 | 1467.04 |
| Medicare | | 14.78 | 343.10 |
| Fed Income Tax | M 0 | 88.33 | 2103.14 |
| AZ Income Tax | 1.3% | 13.25 | 307.60 |
| **TOTAL** | | 179.55 | 4220.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **839.68** | **19441.03** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

ASHLYNN D MEDINA
7701 E OSBORNE RD
APT 3W
SCOTTSDALE AZ  85251

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Ashlynn D Medina
7701 E Osborne Rd
Apt 3W
Scottsdale, AZ  85251
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 177

**Pay Period:** 06/04/18 **to** 06/10/18
**Check Date:** 06/15/18    **Check #:** 13934

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3377 | 839.67 | 18601.35 |
| **NET PAY** | **839.67** | **18601.35** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 253.40 | 6335.00 |
| Salary | | | 1019.23 | | 16307.68 |
| **Total Hours** | | | | 253.40 | |
| **Gross Earnings** | | | 1019.23 | | 22642.68 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 63.20 | 1403.85 |
| Medicare | | 14.78 | 328.32 |
| Fed Income Tax | M 0 | 88.33 | 2014.81 |
| AZ Income Tax | 1.3% | 13.25 | 294.35 |
| **TOTAL** | | 179.56 | 4041.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **839.67** | **18601.35** |

*Payrolls by Paychex, Inc.*

ASHLYNN D MEDINA
7701 E OSBORNE RD
APT 3W
SCOTTSDALE AZ  85251

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Ashlynn D Medina
7701 E Osborne Rd
Apt 3W
Scottsdale, AZ  85251
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 177

**Pay Period:** 05/28/18 **to** 06/03/18
**Check Date:** 06/08/18    **Check #:** 13904

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3377 | 839.68 | 17761.68 |
| **NET PAY** | **839.68** | **17761.68** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 253.40 | 6335.00 |
| Salary | | | 1019.23 | | 15288.45 |
| **Total Hours** | | | | 253.40 | |
| **Gross Earnings** | | | 1019.23 | | 21623.45 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 63.19 | 1340.65 |
| Medicare | | 14.78 | 313.54 |
| Fed Income Tax | M 0 | 88.33 | 1926.48 |
| AZ Income Tax | 1.3% | 13.25 | 281.10 |
| **TOTAL** | | 179.55 | 3861.77 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **839.68** | **17761.68** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

ASHLYNN D MEDINA
7701 E OSBORNE RD
APT 3W
SCOTTSDALE AZ  85251

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Ashlynn D Medina
7701 E Osborne Rd
Apt 3W
Scottsdale, AZ  85251
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 177

**Pay Period:** 05/21/18 **to** 05/27/18
**Check Date:** 06/01/18    **Check #:** 13873

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3377 | 839.68 | 16922.00 |
| **NET PAY** | **839.68** | **16922.00** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | | | | 253.40 | 6335.00 |
| Salary | | | 1019.23 | | 14269.22 |
| **Total Hours** | | | | 253.40 | |
| **Gross Earnings** | | | 1019.23 | | 20604.22 |
| **Total Hrs Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 63.19 | 1277.46 |
| Medicare | | 14.78 | 298.76 |
| Fed Income Tax | M 0 | 88.33 | 1838.15 |
| AZ Income Tax | 1.3% | 13.25 | 267.85 |
| **TOTAL** | | 179.55 | 3682.22 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **839.68** | **16922.00** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

ASHLYNN D MEDINA
7701 E OSBORNE RD
APT 3W
SCOTTSDALE AZ  85251

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Ashlynn D Medina | | | | Hourly | | | | 253.40 | 6335.00 |
| 7701 E Osborne Rd | | | | Salary | | | 1019.23 | | 13249.99 |
| Apt 3W | | | | **Total Hours** | | | | 253.40 | |
| Scottsdale, AZ  85251 | | | | **Gross Earnings** | | | 1019.23 | | 19584.99 |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 177 | | | | **Total Hrs Worked** | | | | | |
| | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Pay Period:** 05/14/18 **to** 05/20/18 | | | | Social Security | | | 63.19 | | 1214.27 |
| **Check Date:** 05/25/18  **Check #:** 13842 | | | | Medicare | | | 14.78 | | 283.98 |
| NET PAY ALLOCATIONS | | | | Fed Income Tax | M 0 | | 88.33 | | 1749.82 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | AZ Income Tax | 1.3% | | 13.25 | | 254.60 |
| Check Amount | 0.00 | 0.00 | | **TOTAL** | | | 179.55 | | 3502.67 |
| Chkg 3377 | 839.68 | 16082.32 | | | | | | | |
| **NET PAY** | **839.68** | **16082.32** | | | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **839.68** | **16082.32** |

*Payrolls by Paychex, Inc.*